COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Latharian Devante Merritt v. The State of Texas

Appellate case number:    01-18-00607-CR

Trial court case number:  1465902D

Trial court:              Criminal District Court No. 2 of Tarrant County

Appellant has filed a motion to abate, seeking a remand to the trial court for preparation of findings of fact and conclusions of law regarding the denial of his motions to suppress filed on May 8, 2018 and May 14, 2018. The reporter's record contains the hearing and ruling on appellant's motions to suppress. Appellant requested findings and conclusions on the record after the trial court stated its rulings and the trial court agreed to prepare them, but none are included in the clerk's record. The certificate of conference indicates that the State is unopposed to the motion.

The motion is **GRANTED**. The appeal is abated and the cause is remanded to the trial court for entry of written findings of fact and conclusions of law, separate and apart from any docket sheet notations in this case, in conjunction with the trial court's denial of appellant's motions to suppress. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (holding that trial court must provide findings of fact and conclusions of law adequate to provide appellate court with basis to review trial court's application of law to facts, either in writing or on record at hearing); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); TEX. R. APP. P. 44.4.

The trial court shall cause the filing of a supplemental clerk's record containing the findings of fact and conclusions of law **within 30 days of the date of this order**.

Appellant's brief will be due 30 days after the supplemental clerk's record is filed in this Court.

It is so ORDERED.


Judge's signature: _____/s/ Justice Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:   __January 23, 2019____